

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     James Daniel Green v. The State of Texas

Appellate case number:    01-19-00399-CR

Trial court case number:  18135

Trial court:             506th District Court of Grimes County

      Appellant's third motion for extension of time to file his brief is **granted.** Appellant's brief is due February 29, 2020.

      It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                               Acting individually

Date: <u>February 4, 2020</u>